JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

15-cv-1471

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Gilbert Navarez

**DEFENDANTS** City of Philadelphia, Officer Christopher Thynes

**(b)** County of Residence of First Listed Plaintiff Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Philadelphia
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Christopher Evarts, 220 Locust St, Phil, Pa 215 871-6606

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause: Wrongful Arrest

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

MAR 23 2015

DATE March 23, 2015
SIGNATURE OF ATTORNEY OF RECORD
S.T.

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 515 Westmoreland St Phil, PC 19144

Address of Defendant: 185 Arch St Phil, PC 1900_

Place of Accident, Incident or Transaction: Philadelphia, PC
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☑

Does this case involve multidistrict litigation possibilities?    Yes☐  No☑

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

ARBITRATION CERTIFICATION
(Check Appropriate Category)

I, Christopher Evarts, counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: March 23, 2015    _____ Attorney-at-Law    67446 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

MAR 23 2015

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____    _____ Attorney-at-Law    _____ Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Gilbert Navarro                           :      CIVIL ACTION
                v.                        :
City of Philadelphia, officer Hulmes      :      NO.   15   1471

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                      ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.      (✓)

March 23, 2015        Christophe Ecard         Gilbert Navarro
Date                  Attorney-at-law          Attorney for
                                               Rutgers II.
215 870-6126
Telephone             FAX Number               E-Mail Address   aol.com

(Civ. 660) 10/02

MAR 23 2015





Christopher Jay Evarts, Esq
220 Locust St, Suite 7c
Philadelphia, Pa 19106

IN THE EASTERN DISTRICT OF PENNSYLVANIA

Gilbert Nevarez                             CIVIL ACTION COMPLAINT   NO
515 Westmoreland St
Philadelphia, Pa 19140

15    1471

Vs

City Of Philadelphia,
Law Department
!515 Arch St
Philadelphia, Pa 19102

And

Officer Christopher Hulmes
Philadelphia Police Department
City Of Philadelphia
1515 Arch St
Philadelphia, Pa 19102

## JURISDICTION AND VENUE

1 The enclosed lawsuit falls under 42 U.S.C. 1983.1985.1986 and 1988,28 USC 1331 and 1367(a) supplemental jurisdiction. Venue is appropriate in the federal district because defendants reside in this district and or conduct business in this District

## FACTS OF THE CASE

2 Plaintiff Gilbert Nevarez was sentenced in Philadelphia Court Of Common Pleas on September 20,2012 to a sentence of 3 to 8 years for Possession with Intent To deliver and related offenses . Mr Nevarez served a total of 27 months

3 Mr Nevarez Conviction was based on the false testimony of an officer Christopher Hulmes that he observed Mr Nevarez on April 20 ,2011 that he observed Nevarez standing on southeast corner of Mascher and Cambria Streets where he allegedly engaged in a drug transaction between individuals Powell and Manhart.

4 Mr Nevarez was found to not have any drugs or money on his person when arrested and was not selling or purchasing drugs at the time but was visiting his girlfriend

5 Officer Christopher Hulmes testimony was false. In August 2014,the City Of Philadelphia acknowledged that he was testifying falsely in drug cases and removed him from observing and making arrests in drug transactions. Officer Hulmes was put on desk duty in August 2014 Officer Hulmes admitted that in 2011 he lied under oath to obtain a May 2010 search warrant and during the drug and weapon case of Arthur Rowland which caused The Honorable James Murray Lynn to suppress evidence In January 2012 and call his actions reprehensible

## PARTIES

6 The Plaintiff and and defendants are residents of the City Of Philadelphia and are residents of this Judicial district

## COUNT 1

### VIOLATION OF 42 USC 1983, FALSE ARREST

7 Plaintiff incorporates by reference paragraphs 1-6 in the complaint

8 The City of Philadelphia and officer Hulmes violated 42 section 1983,1985.1986.1988 by depriving the plaintiff of his constitutional rights by engaging in a false arrest of a Unites States ciitizen.Officer Hulmes was acting under the color of state law when he made the illegal arrest of Gilbert Nevarez Officer Hulmes engaged in an illegal search and seizure violating the plaintiffs constitutional rights

9.The City acknowledged that Hulmes was making false arrests in august 2014 when the City Of removed him from making drug arrests and confined him to desk duty

10 August 2014 was the first time that the city officially acknowledged illegal behavior of officer Hulmes

## COUNT 2

### Violation of 42 USC 1983 FALSE IMPRISONMENT

11 Plaintiff incorporates paragraphs 1-10 of the complaint

12 The City Of Philadelphia and Officer Hulmes engaged in false imprisonment for arresting and imprisoning Mr Nevarez for 27 months without probable cause which violated the plaintiffs due process rights.

13 Officer Hulmes was acting under state law when he made the illegal arrest of Gilbert Nevarez

COUNT 3

VIOLATION OF SECTION 1983, MALICIOUS PROSECUTION

14 Plaintiff incorporated paragraphs 1-13 of this complaint

15 The City of Philadelphia knew of Officer Hulmes illegal behavior when they allowed officer Hulmes to make the illegal arrest of Gilbert Nevarez

16 Officer Hulmes was acting under state law and with the knowledge of the city of Philadelphia when he made his illegal arrest

17 In August 2014 the City officially acknowledged Officer Hulmes false behavior

Count 4

CONSPIRACY

18. Plantiff incorporates paragraphs 1-17 of this complaint

19. Officer Hulmes and the city Of Philadelphia engaged in a conspiracy to deprive the plaintiff of his civil rights

20 This conspiracy caused the plaint to serve 27 months in prison for false claims, the City acknowledged officer Hulmes false testimony in August 2014

Count 5

Intentional Infliction of Emotional Distress

21 The plaintiff incorporates paragraphs 1-20 of this complaint

22 The City Of Philadelphia and Officer Hulmes engaged in a conspiracy to cause emotional distress by imprisoning the plaintiff for 27 months for an illegal arrest which was acknowledged in August 2014

Wherefore The plaintiff requests a jury trial so the defendant may receive damages to compensate him for the City Of Philadelphia and Officer Hulmes illegal behavior.

Respectfully submitted

Christopher Jay Evarts Esq